1  Christopher C. McNatt, Jr., Esq. (SBN 174559)
   **SANDLER, TRAVIS & ROSENBERG**
2  **AND GLAD & FERGUSON, P.C.**
   801 South Flower Street, Fifth Floor
3  Los Angeles, CA  90017
   Telephone: (213) 327-0155
4  Facsimile:  (213) 327-0157

5  Attorneys for Defendant
   LCE, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ACE INA INSURANCE, a corporation; | Case No.  C 04-5187 FMS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| LUFTHANSA GERMAN AIRLINES, a corporation; and LCE INC., a corporation; | |
| Defendants | |

   Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between plaintiff Ace INA Insurance and defendant LCE, Inc., through their respective attorneys of record, that all claims asserted against defendant LCE, Inc. shall be dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees.

///
///
///
///
///
///

**IT IS SO STIPULATED.**

Dated:  August 19, 2005         GIBSON, ROBB & LINDH, LLP


                                By_____/S/_____
                                JOSHUA E. KIRSCH, ESQ.
                                Attorneys for Plaintiff
                                ACE INA INSURANCE


Dated:  August 30, 2005         SANDLER, TRAVIS & ROSENBERG
                                AND GLAD & FERGUSON, P.C.


                                By_____/S/_____
                                CHRISTOPHER C. McNATT, JR.
                                Attorneys for Defendant
                                LCE, INC.


**IT IS SO ORDERED.**

Dated:  __August 31_____, 2005

                                _____
                                U.S. DISTRICT COURT JUDGE

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated:  August 30, 2005         SANDLER, TRAVIS & ROSENBERG
                                AND GLAD & FERGUSON, P.C.


                                By_____/S/_____
                                CHRISTOPHER C. McNATT, JR.