| Stanley L. Gibson<br>G. Geoffrey Robb<br>Peter A. Lindh<br>Joshua E. Kirsch<br>Michael J. Cummins | **GIBSON ROBB & LINDH LLP**<br>**100 First Street, 27th Floor**<br>**San Francisco, CA  94105**<br><br>Telephone<br>(415) 348-6000<br><br>Facsimile<br>(415) 348-6001 | Jennifer T. Sanchez<br>Michelle L. Tommey<br>Marker E. Lovell, Jr.<br>Jonathan W. Thames †<br><br>† Admitted only in<br>   Washington and<br>   Louisiana |
|---|---|---|

September 2, 2005

**VIA E-FILING**

Judge Phyllis J. Hamilton
United States District Court for the
Northern District of California
Courtroom 3, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    <u>Ace INA Insurance v. Lufthansa German Airlines, et al.</u>
             U.S.D.C. No.:    C045187 ~~FMS~~  PJH
             Our Ref:         5717.33

Dear Judge Hamilton:

      This case has settled.  One defendant, LCE, has already been dismissed.  I expect to dismiss the other defendant, Lufthansa, as soon as we have completed the exchange of documents and funds, which the parties expect will be done in less than two weeks.

      Accordingly, we request that the Case Management Conference set for September 8 be vacated.

      Thank you.



Very Truly Yours,

GIBSON ROBB & LINDH LLP


  S/ JOSHUA E. KIRSCH
      Joshua E. Kirsch

JEK:sas
cc:  All counsel.