| | |
|---|---|
| 1 | Rod D. Margo (State Bar No.: 97706) |
| | Jeffrey D. Wolf (State Bar No.: 204548) |
| 2 | CONDON & FORSYTH LLP |
| | 1901 Avenue of the Stars, Suite 850 |
| 3 | Los Angeles, California 90067-6010 |
| | Telephone: (310) 557-2030 |
| 4 | Facsimile: (310) 557-1299 |
| 5 | Attorneys for Defendant |
| | LUFTHANSA GERMAN AIRLINES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE INA INSURANCE, a corporation, | Case No. C04-5187 PJH |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| LUFTHANSA GERMAN AIRLINES, a corporation; and LCE INC., a corporation, | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between plaintiff Ace INA Insurance and defendant Lufthansa German Airlines, through their respective attorneys of record, that all claims asserted against defendant Lufthansa German Airlines shall be dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees.

1 | IT IS SO STIPULATED.

3 | Dated: August 16, 2005

GIBSON, ROBB & LINDH, LLP

By: _____
JOSHUA E. KIRSCH, ESQ.
Attorneys for Plaintiff
ACE INA INSURANCE

8 | Dated: August 16, 2005

CONDON & FORSYTH LLP

By: _____
ROD D. MARGO
JEFFREY D. WOLF
Attorneys for Defendant
LUFTHANSA GERMAN AIRLINES

15 | IT IS SO ORDERED.

16 | DATED: September 13, 2005

_____
U.S. DISTRICT COURT JUDGE

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030